United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ALI SALEEM BEY, et al.,

Plaintiffs,

v.

CITY OF OAKLAND,

Defendant.

Case No. 25-cv-06218-PHK

**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**

Re: Dkt. 26

On May 7, 2025, *pro se* Plaintiffs Ali Saleem Bey and John Muhammad Bey ("Plaintiffs") commenced this civil rights action in the Superior Court of California, County of Alameda. [Dkt. 1 at 2]. On July 24, 2025, this case was removed to federal court. *Id.* On July 31, 2025, Defendant filed its first motion to dismiss ("MTD"). [Dkt. 4]. On September 23, 2025, the Court granted Defendant's MTD and allowed Plaintiffs leave to amend. [Dkt. 18]. Plaintiffs filed their First Amended Complaint ("FAC") on October 24, 2025. [Dkt. 19]. Defendant filed a MTD the FAC on November 7, 2025.

On September 29, 2026, the Court granted Defendant's MTD the FAC. [Dkt. 26]. Additionally, the Court granted Plaintiffs leave to amend their Complaint within thirty days of the Order. *Id.* at 1, 9. It is now well past the thirty-day deadline, and Plaintiffs have not filed an amended Complaint, nor sought leave from the Court for an extension of time to do so.

The Court possesses the inherent power to dismiss an action *sua sponte* if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders).

Accordingly, the Court herein **ORDERS** that, by no later than **December 18, 2026**, Plaintiffs **SHALL EITHER** (1) file an amended Complaint which addresses and cures the deficiencies noted by the Court's September 29, 2026 Order; **OR** (2) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders. To be clear, if Plaintiffs file (by December 18, 2026) an amended Complaint addressing and curing the deficiencies noted in the September 29, 2026, Order [Dkt. 26], such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary.

If Plaintiffs need additional time to prepare and file their amended Complaint, Plaintiffs shall explain and show sufficient grounds in good faith why and how much additional time is needed in any written response filed **by the December 18, 2026** deadline.

Should Plaintiffs fail to respond to this Order to Show Cause by the December 18, 2026, deadline set herein, the Court may issue an order dismissing this case for failure to prosecute and/or comply with Court orders.

The Clerk is directed to mail this Order to Show Cause to Plaintiffs at their address of record.

**IT IS SO ORDERED.**

Dated: November 23, 2026

PETER H. KANG
United States Magistrate Judge